# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of:** | }<br>} Case No. 09-31859<br>} |
| Heath E. Baker<br>Marcela R. Baker | }<br>} Chapter 13<br>} |
| **Debtor(s)** | } |

## Motion to Approve Loan Modification

Comes now the undersigned attorney of record and hereby moves this Honorable Court to approve the attached loan modification and as grounds for such state as follows:

1. The debtor filed Chapter 13 on July 14, 2009. The debtor listed REGIONS BANK as a residential mortgage which would be paid direct.

2. The debtor has requested a loan modification from the mortgage company and the mortgage company has proposed the following loan modification terms in response:

   | | |
   |---|---|
   | Old Payment $625.00 | New payment $527.59 |
   | Old Interest | New interest-fixed rate of 5.25% |
   | Additional terms | |

Wherefore, premises considered, the debtor requests this court to allow the debtors to proceed with loan modification with the mortgage company according to the terms proposed.

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor:*
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day September 11, 2009.

Chapter 13 Trustee
Bankruptcy Administrator, Teresa Jacobs

Regions Bank
P O Box 18001
Hattiesburg, Mississippi 39401-3476

Page 2
Loan No.:  **0897532930**

**Mod Fees/Payments Required at Modification     Include in Modification          Collect**

|                    | Include in Modification | Collect |
|--------------------|------------------------:|--------:|
| **Total(s)**       | 0.00*                   | 0.00**  |

**\*\*Make check payable to Regions Mortgage.**

**Modification Calculation**
Amounts Included in Modification Amount
    Interest
    Escrow Required                      637.37
    Escrow Advance/Negative
    *Mod Fees Payments Due

       Subtotal Included           637.37
Less Credits
    Escrow Balance (Positive)
    Suspense Balance
    Other Credits
       Subtotal Credits            0.00

    Total Amount Capitalized        637.37

    Unpaid Principal Balance        80,371.14

    **Total Loan Modification Amount**   81,008.51   (Your loan balance after modification)

**Payment Calculation**
    Initial P & I (or I/O) Payment     447.33
    Escrows                             80.26
    Mortgage Insurance           0.00
    Optional Insurance (if any)     0.00
    **Total New Payment**        527.59

This payment amount may change from time to time due to changes to your escrow account or any changes to rate or other terms in accordance with your note and modification agreement.

**New Payment Due Date:   SEPTEMBER 1, 2009**     (Effective with modification)

Post Office Box 18001, Hattiesburg, Mississippi 39404-8001
215 Forrest Street, Hattiesburg, Mississippi 39401-3476
WATS 1-800-986-2462

FALPS# RGN099-2 Rev. 12-28-08